Case 5:19-cv-0182

1  Jonathan O. Peña, Esq.
   CA Bar ID No.: 278044
2  Peña & Bromberg, PLC
3  2440 Tulare St., Ste. 320
   Fresno, CA 93721
4  Telephone: 559-439-9700
5  Facsimile: 559-439-9700
6  info@jonathanpena.com
   Attorney for Plaintiff, Tasche Monique Estrada
7

```
                            FILED
            CLERK, U.S. DISTRICT COURT

                    AUG 11 2020

            CENTRAL DISTRICT OF CALIFORNIA
            BY                          DEPUTY
```

8
                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11 TASCHE MONIQUE ESTRADA,          ) No. 5:19-cv-01829
                                    )
12        Plaintiff,                ) [PROPOSED] ORDER AWARDING
13                                  ) EQUAL ACCESS TO JUSTICE
          v.                        ) ACT ATTORNEY FEES
14                                  )
15 ANDREW SAUL,                     )
   Commissioner of Social Security, )
16                                  )
17        Defendant.                )
18 _____  )
19        Based upon the parties' Stipulation for Award and Payment of Attorney
20 Fees:
21        IT IS ORDERED that the Commissioner shall pay attorney fees and
22 expenses the amount of SIX THOUSAND AND TWO HUNDRED DOLLARS
23 AND 00/100 ( $6,200.00.)
24 subject to the terms of the above-referenced Stipulation.
25
26   Dated: 8/11/20    _____
27                     THE HONORABLE CHARLES F. EICK
28                     UNITED STATES MAGISTRATE JUDGE

1